# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                    CASE NO.  3:09cr22 LAC

JAMES MICHAEL LEONARD

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____August 28, 2009_____

Motion/Pleadings:___MOTION TO MODIFY SURRENDER DATE_____

Filed by__DEFENDANT_____ on 8/27/09_____ Doc.# 32_____

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated       _____ Joint Pldg.

x_____ Unopposed       _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_____                      *s/Mary Maloy*
LC (1 OR 2)                        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 28th day of August, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b) Report not later than 12:00 Noon on September 8, 2009.*

s/*L.A. Collier*
_____
**LACEY A. COLLIER**
***Senior United States District Judge***

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.